UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHRISTOPHER S. JOHNSON, | ) | CASE NO. C07-0968RSM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING *IN FORMA* |
| | ) | *PAUPERIS* APPLICATION; |
| KENNETH QUINN, | ) | DISMISSING CASE |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's *in forma pauperis* application (Dkt. #1) is DENIED pursuant to 42 U.S.C. § 1915(g);

(3) The complaint and this action are DISMISSED without prejudice; and

(4) The Clerk is directed to send a copy of this Order to plaintiff and to Judge Theiler.

DATED this _14_ day of August, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING *IN FORMA PAUPERIS*
APPLICATION; DISMISSING CASE
PAGE -1